# EXHIBIT B



DRINKER BIDDLE & REATH LLP
A Delaware Limited Liability Partnership
500 Campus Drive
Florham Park, NJ 07932-1047
(973) 549-7000
Attorneys for Defendants
Johnson & Johnson, Johnson & Johnson Research &
Development, L.L.C. and Ortho-McNeil-Janssen
Pharmaceuticals, Inc.

**RECEIVED AND FILED**
MAY 03 2011
ATLANTIC COUNTY
LAW DIVISION

May 3 2011
4:27PM

|  |  |
|---|---|
| IN RE LEVAQUIN® LITIGATION | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ATLANTIC COUNTY<br><br>Case No. 286<br><br>CIVIL ACTION<br><br>**AMENDED ORDER CONSOLIDATING CASES FOR TRIAL** |

**THIS COURT** having considered the respective submissions of the parties, and oral argument having been heard on February 16, 2011, and for good cause shown,

IT IS on this 3 day of May, 2011;

1. **ORDERED** that the cases of: Robert George Beare and Judith Beare v. Johnson & Johnson, et al., Docket No. ATL-L-196-10 MT; and Paul Gaffney v. Johnson & Johnson, et al., Docket No. ATL-L-4551-09 MT, be and hereby are consolidated, with jury selection to commence on August 29, 2011.

2. **IT IS FURTHER ORDERED** that the cases of Chantal Mastrioanni v. Johnson & Johnson, et al., Docket No. ATL-L-1647 10 MT; and Michael Gilmore v. Johnson & Johnson, et al., Docket No. ATL-L-2672-09 MT, are to be consolidated for trial to commence on a date to be determined.

_____
HON. CAROL E. HIGBEE, P.J.Cv.

FP01/ 6468029.1